IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICO FLOWERS,

        Plaintiff,                      No.  2:12-cv-2047 MCE CKD P

    vs.

WARDEN, HIGH DESERT STATE PRISON, et al.,

        Defendants.              ORDER

/

        Plaintiff has requested the appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's motion for the appointment of counsel will therefore be denied.

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the
2  appointment of counsel (Docket No. 15) is denied.

3  Dated: October 22, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
flow2047.31