KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
VICKIE P. WHITNEY, State Bar No. 145316
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-5288
 Fax:  (916) 324-5205
 E-mail:  Megan.OCarroll@doj.ca.gov
*Attorneys for Defendants*
*Sisson, Barnes and Hood*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RICO FLOWERS,** | 2:12-cv-02047-MCE-CKD P |
| Plaintiff, | **ORDER** |
| v. | |
| **WARDEN, HIGH DESERT STATE PRISON, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' second request to modify the scheduling order, and good cause appearing, Defendants request is granted.

**IT IS HEREBY ORDERED** that Defendants have until September 9, 2013, to file their motion for summary judgment.

Dated:  August 7, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1