UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICO FLOWERS,<br><br>    Plaintiff,<br><br>    v.<br><br>HIGH DESERT STATE PRISON, et al.,<br><br>    Defendants. | No.  2:12-cv-2047 MCE CKD P<br><br><br><br>ORDER |

On September 9, 2013, defendants filed a motion for summary judgment, but did not provide plaintiff with the notice required under Rand v. Roland, 154 F.3d 952, 957 (9th Cir. 1998).  Defendants provided "Rand notice" on November 13, 2013, after plaintiff filed his opposition to their motion for summary judgment.

Good caused appearing, IT IS HERBY ORDERED that:

1. Plaintiff is granted 30 days within which to file an amended opposition to defendants' motion for summary judgment.  Plaintiff need not file an amended opposition, but may do so having now been provided with "Rand notice."

/////

/////

/////

/////

    2. Any reply to plaintiff's amended opposition shall be filed and served no later than 14 days after service of plaintiff's amended opposition.

Dated: November 21, 2013

    _/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1
flow2047.46