UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICO FLOWERS,<br><br>        Plaintiff,<br><br>    v.<br><br>HIGH DESERT STATE PRISON, et al.,<br><br>        Defendants. | No. 2:12-cv-2047-MCE-CKD-P<br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On July 3, 2014, the magistrate judge filed findings and recommendations, ECF No. 46, herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly:

1. The July 3, 2014, findings and recommendations, ECF No. 46, are ADOPTED IN FULL; and

2. Defendants' motion for summary judgment, ECF No. 32, is GRANTED with respect to Plaintiff's remaining claims against Defendants Hood and Barnes and DENIED with respect to Plaintiff's remaining claim against Defendant Sisson.

IT IS SO ORDERED.

Dated: September 26, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT