1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICO FLOWERS,                               No.  2:12-2047 MCE CKD P

12                 Plaintiff,

13        v.                                      ORDER

14   HIGH DESERT STATE PRISON, et al.,

15                 Defendants.

16

17        It appears this matter is now ready for trial.  Good cause appearing, IT IS HEREBY

18   ORDERED that:

19        1.  Plaintiff shall file and serve his pretrial statement and any motions necessary to obtain

20   the attendance of witnesses at trial within 30 days of this order.  Plaintiff should consult the

21   court's January 9, 2013 scheduling order and Local Rule 281 for the contents of pretrial

22   statements and motions for obtaining witnesses at trial.  Failure to file a pretrial statement within

23   30 days will result in a recommendation that this action be dismissed without prejudice.

24   /////

25   /////

26   /////

27   /////

28   /////

1     2.  Defendant Sisson shall file his pretrial statement within 14 days of service of

2 plaintiff's.

3     3.  After the parties submit their pretrial statements, the court will issue a "pretrial order"

4 identifying the date for trial.

5 Dated:  October 2, 2014

6 _____
    CAROLYN K. DELANEY

7     UNITED STATES MAGISTRATE JUDGE

8

9

10 1
flow2047.41

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28