KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
DEBRA A. FITZSIMMONS, State Bar No. 144590
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 323-2606
 Fax:  (916) 324-5205
 E-mail:  Debra.Fitzsimmons@doj.ca.gov
*Attorneys for Defendant D. Sisson*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RICO FLOWERS,**<br><br>                                    Plaintiff,<br><br>      v.<br><br>**WARDEN, HIGH DESERT STATE PRISON, et al. ,**<br><br>                                    Defendants. | 2:12-cv-02047-MCE-CKD (PC)<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME TO FILE PRETRIAL STATEMENT**<br><br>Judge:            Hon. Morrison C. England, Jr.<br>Trial Date:     TBD<br>Action Filed:  August 6, 2012 |

Good cause having been shown, Defendant's request for a 14-day extension of time to file a Pretrial Statement is granted.  Defendant's Pretrial Statement is now due on or before November 21, 2014.

**IT IS SO ORDERED.**

Dated:  November 7, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:12-cv-02047-MCE-CKD)