1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  CHRISTOPHER J. BECKER, State Bar No. 230529
   Supervising Deputy Attorney General
3  JOANNA B. HOOD, State Bar No. 264078
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 324-4785
6   Fax: (916) 324-5205
    E-mail: Joanna.Hood@doj.ca.gov
7  *Attorneys for Defendant Sisson*

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10 SACRAMENTO DIVISION

| | |
|---|---|
| **RICO FLOWERS,** | 2:12-cv-02047-MCE-CKD |
| Plaintiff, | **ORDER CONTINUING TRIAL** |
| v. | |
| **WARDEN, HIGH DESERT STATE PRISON, et al.,** | |
| Defendants. | |

Good cause appearing, Defendant's request to continue the trial date is **GRANTED**. The June 8, 2015 trial date is **VACATED**. Trial in this case is hereby rescheduled to begin on March 7, 2016, at 9:30 a.m. in Courtroom 7, before the Honorable Morrison C. England.

IT IS SO ORDERED.

Dated: April 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1

[Proposed] Order (2:12-cv-02047-MCE-CKD)